IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO

| | | |
|---|---|---|
| ANGEL SIFUENTES, on behalf of himself and on behalf of all others similarly situated, § § § § | | |
| Plaintiffs, § | | |
| v. § | | 5:15-CV-752 RP |
| § | | |
| GREEN ENERGY OILFIELD SERVICES, LLC, § § § | | |
| Defendant. § | | |

## AMENDED FINAL JUDGMENT

On December 11, 2015, Plaintiff filed his Notice of Acceptance of Offer of Judgment pursuant to Federal Rule of Civil Procedure 68. (Dkt. 16.) Accordingly, the Court entered a Final Judgment pursuant to Federal Rule of Civil Procedure 58 on December 14, 2015. (Dkt. 17.) On January 7, 2016, Plaintiff entered an Unopposed Motion for Entry of Attorneys' Fees and Costs in accord with Local Rule CV-7(j). In light of the unopposed motion, the Court now enters the following Amended Final Judgment:

**IT IS HEREBY ORDERED** that judgment is awarded in favor of Plaintiff in the amount of $5,000 in damages.

**IT IS FURTHER ORDERED** that Plaintiff is awarded $17,714 as reasonable attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the judgment rendered herein shall bear the interest rate of 0.54% per annum from the date of judgment until paid.

**IT IS FURTHER ORDERED** that all pending motions are hereby **TERMINATED.**

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED.**

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED.**

**SIGNED** on January 8, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE